Judge Thomas S. Zilly

08-CV-00460-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRIYAL FADEL ALKADBAN,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL MUKASEY, Attorney General of the United States, et al.,<br><br>　　　　　　　　Defendants. | No. C08-00460-TSZ<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

Upon consideration of the Federal Defendants' Motion for Summary Judgment, Plaintiff's Opposition and the Federal Defendants' Reply, IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff's Naturalization Application was administratively closed in 2005 by the Federal Defendants. The Federal Defendants can not act on an Application that is no longer pending. Accordingly, judgment is entered in favor of the Federal Defendants.

DATED this ___8th___ day of ___August___, 2008.

　　　　　　　　　　　　　　　　　／s／ Thomas S. Zilly
　　　　　　　　　　　　　　　　　THOMAS S. ZILLY
　　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT – 1
(C08-00460-TSZ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970